IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No.  4:10-cr-040 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF |
| ROBERT LEE BIERMAN, | ) | ATTORNEY APPEARANCE |
| THOMAS J. McCARVILLE, and | ) | |
| THOMAS M. ROSSOW, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Rachel J. Scherle, Assistant United States Attorney, and hereby enters her appearance as lead counsel for the Plaintiff in the above entitled proceeding.  Assistant United States Attorney Andrew H. Kahl is no longer assigned to this matter and should no longer receive notice by the Court's electronic noticing system.

Respectfully submitted,

Nicholas A. Klinefeldt
United States Attorney

By:   /s/ *Rachel J. Scherle*
Rachel J. Scherle
Assistant U. S. Attorney
U. S. Courthouse Annex, 2nd Floor
110 E. Court Avenue
Des Moines, Iowa 50309
Tel:  (515) 473-9300
Fax: (515) 473-9292
Email: Rachel.Scherle@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2010, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

_X__ U.S. Mail ____ Fax _____ Hand Delivery

_X__ ECF/Electronic filing  ____ Other means

      Bradley Schroeder and F. Montgomery Brown, attorneys for Thomas McCarville,  served by ECF
      Billy Mallory, attorney for Thomas Rossow, served by US Mail
      Douglas Kelley, attorney for Robert Bierman, served by US Mail

UNITED STATES ATTORNEY

By: /s/    *J. Beane*_____
      Legal Assistant