UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 4:10-CR-040 |
| | ) | |
| v. | ) | |
| | ) | **WITNESS LIST** |
| ROBERT LEE BIERMAN, | ) | |
| | ) | |
| Defendant | ) | |

     COMES NOW the United States of America, by its attorney, Rachel J. Scherle, Assistant United States Attorney for the Southern District of Iowa, and submits the following list of witnesses who may be called to testify in the government's case-in-chief.  This list may not include all of the names of witnesses who may be called to testify in the government's case-in-chief.  The government reserves its right to call witnesses not named on this list if the government determines they would have relevant testimony; it is not meant to limit the government in who its witnesses will be at trial.

1.     Dana Christensen

2.     Rick Dutzel

3.     Michael Gentry

4.     Mark Grimm

5.     Thomas McCarville

6.     Alan Peitz

7.     Lou Piatt

8. Charles Randolph

9. Pam Reicks

10. Thomas Rossow

11. Jerry Saddoris

12. William Sidney Smith

13. Wendy Stenberg

14. Mark TerBeek

          Respectfully submitted,

          Nicholas A. Klinefeldt
          United States Attorney

By:   /s/ *Rachel J. Scherle*
          Rachel J. Scherle
          Assistant U. S. Attorney
          U. S. Courthouse Annex, 2nd Floor
          110 E. Court Avenue
          Des Moines, Iowa 50309
          Tel: (515) 473-9300
          Fax: (515) 473-9292
          Email: Rachel.Scherle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2010, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

___ U.S. Mail  ____ Fax  _____ Hand Delivery

_X__ ECF/Electronic filing    ____ Other means

UNITED STATES ATTORNEY

By: /s/   *J. Beane*_____
     Legal Assistant